# ATTACHMENT 1

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

Ricky J. Darrow

vs

(Full name of defendant(s))

University of Wisconsin System
Raymond Cross
University of Wisconsin Whitewater
Connie Putland
Ramoan Rocha

Case Number: 19 CV 789 JDP
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ (State) and resides at __1488 County Road A, Edgerton WI 53534__ (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **University of Wisconsin System**
(Name)

is (if a person or private corporation) a citizen of **Wisconsin** (State, if known)

and (if a person) resides at **1752 Van Hise Hall, 1220 Linden Dr. Madison, WI 53706**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **University of Wisconsin Whitewater, 800 Main St., Whitewater, WI. 53190** (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

**Please see attached**

Attachment One (Complaint) – 2

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I Ricky J. Darrow would like $5,000,000.00 in line for compensation for physical/mental distress - monetary and lost wage damages, medical bill damages Lack of Insurance damages an apology and rebuttle to the defamation I was subjected to by the universities Tax exempt status revoked for violating State Laws - Financial Aid revoked for violating the Constitution of the United States not being an attorney I request any and all benefits I'm entitled to per wrongful termination Due Process rights violated

Attachment One (Complaint) – 4

*[signature]*

E.  JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
OR
☐ Court Trial – I want a judge to hear my case

Dated this 16th day of September 2019.

Respectfully Submitted,

_Ricyd Dano_
Signature of Plaintiff

608-617-4503
Plaintiff's Telephone Number

RJD1488@Hotmail.com
Plaintiff's Email Address

1488 County Road A
Edgerton, WI, 53534
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5

## Complaint Form
## A-Parties
## 2-B

DOC NO
REC'D/FILED
2019 SEP 19 AM 10: 10
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

B-1
B-1a=Ramoan Rocha
B-1b=Connie Putland
B-2a=Rocha filed a false complaint accusing me of misconduct and accusing me of being a physical threat to the students and staff of the University of Wisconsin Whitewater
B-2b=Putland refused to conduct a thorough investigation as to the complaint filed against me and denied me my "Due Process Rights" and a "Hearing" before I was Banned from the UWWhitewater and I was denied my "Due Process Rights" and a "Hearing" before I was Terminated from my position at UWWhitewater
ALSO
Putlands unprofessional approach to the fact that the "UWWhitewater Conduct Rules" that were suppose to be investigated did not resemble the alleged complaint in any way or form

*[signature]*

B-3=Time frame of October 30,2018 to November 2,2018

B-4=University of Wisconsin Whitewater Whitewater ,Wisconsin 53190

B-5a=I feel Rocha as a result of coworkers from 10 years previously that would sleep instead of work during the 3rd shift at the University of Wisconsin Madison and as a result of my opinion that they were lazy *#* he waited almost 30 days to say anything and it was a vendetta to get me in trouble and even terminated by his false accusation of my being a threat to the safety and well being of the staff and students of UWWhitewater
 even though he did not know these people but because they were the same ethnicy as Rocha

B-5b=I feel that this was a pretext to a retaliation against me for an Internal Complaint against a supervisor for harassment and bullying towards me that even given the Law was never investigated because with no previous discipline issues in the 15 plus years with the

*University of Wisconsin System and above average annual evaluations in those same 15 plus years there was nothing to indicate the charges against me held any validity ALSO just 2 weeks previously I received a 10 year pin from the chancellor for my years of dedication and duty to the UWWhitewater's staff and students to be accused of such misconduct just 2 weeks later is hard to describe*

*I also feel that it was all a pretext to the retaliation complaint for the fact that Rocha ignored all the UWWhitewater Policies when he filed his complaint*

*The fact that Human Resources ignored all the University of Wisconsin System Board of Regents By-Laws and Policies that the UWWhitewater as an Institution is bound by Because of all of these inconsistencies in procedures the fact that shortly after my termination Rocha was promoted to Office Manager of Human Resources from custodian leads me to believe that their was serious dishonesty being directed at me*

[signature]